■ GRACE YEDINAK, as Administratrix of the Estate of PETER YEDINAK, Deceased, Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Respondent.— Motion denied and counsel's attention called to rule VII of the rules of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of ISADORE RUSSO, Petitioner, v. PAUL D. McGINNIS, as Commissioner of the Department of Correction, et al., Respondents.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SEPOS, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Philip Learned, Esq., c/o Ziff & Jerry, Esqs., 319 William St., Elmira, N. Y., assigned as counsel. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PHYLISS MASTERSANTI, Respondent, v. DOMINIC MASCIOLI et al., Appellants.— Application for a certificate that a constitutional question is directly involved (Civ. Prac. Act, § 593) denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Appointment of a Committee of the Person and Property of MAUDE WEST, an Alleged Incompetent Person. STEPHEN W. SMITH, Appellant; J. PHILIP SULLIVAN, Respondent.— Motion to amend decision of March 21, 1961 granted. Application granted to delete the words " to abide the event" and decision amended to read " costs to the appellant in this court payable from the estate". Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ (A) In the Matter of DOMINIC PAFUNDI, JR., Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education, Respondent. (B) In the Matter of FRED L. YERDON, Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education, Respondent.— [In each action] Applications by Society of Dispensing Opticians, Inc. of New York State, and by New York State Ophthalmological Society Inc. to participate in the appeal as *amici curiæ* granted to the extent that each applicant be permitted to file a brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ WREN McMAINS, Respondent, v. TRANS WORLD AIRLINE, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to compel acceptance of notice of appeal granted without prejudice to the right of the respondent Workmen's Compensation Board to argue the jurisdictional issue raised in the moving papers. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of CATHERINE SCHURMANN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for assignment of counsel granted. Henry J. Metzner, Esq., 206 Glen St., Glens Falls, N. Y., assigned as counsel. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of NELLIE CAMP, Deceased.— Motion to vacate the stay denied without prejudice to any stipulation affecting the order appealed from or the appeal as the parties may be advised. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.